# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ALPER KOLCU,
    Petitioner,

v.                     CASE NUMBER: 25-cv-0002

DENITA R. BALL,
    Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition and this action are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

| | |
|---|---|
| 1/8/2025 | Gina M. Colletti |
| Date | Clerk |
| | /s/ Alexis H. |
| | (By) Deputy Clerk |